1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE**

**NORTHERN MARIANA ISLANDS**

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

             Plaintiff,

      v.

ASIA PACIFIC HOTELS, INC., *dba*
SAIPAN GRAND HOTEL and TAN
HOLDINGS, INC., *dba* TAN HOLDINGS
COMPANY and DOES 1-10, inclusive.

          Defendants.

Case No. 10-CV-00002

**JUDGMENT**

      It is hereby **ORDERED** that judgment in this case be entered in accordance with the verdict of the jury in favor of Defendants. *See* Docket No. 119.

      **DATED** this 20th day of December, 2011.

                                      _____

                                    RAMONA V. MANGLONA

                                    Chief Judge